IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:10-cr-00212-1 |
| v. | ) | JUDGE NIXON |
| | ) | |
| PEREZ BASS | ) | |

## MOTION FOR CHANGE OF PLEA HEARING

Defendant, through counsel and pursuant to the Federal Rules of Criminal Procedure and applicable law, moves this Court to enter an order scheduling a change of plea hearing in this cause on a date and time convenient with the Court's docket. In support, defendant would respectfully show:

1. On August 12, 2010 defendant was charged by indictment. Defendant is indigent, and undersigned counsel has been appointed by this Court to represent him.

2. Trial is set for October 30, 2012, at 9:00 a.m. (Docket No. 58).

3. Defendant intends to enter a plea of guilty pursuant to a plea agreement, and requests that a hearing be set on a date and time convenient with the Court's docket. Defendant is incarcerated and housed in Bowling Green, Kentucky.

*Set for Monday October 29, 2012 at 10:00 a.m.*

RESPECTFULLY SUBMITTED,

s/ Michael E. Terry
MICHAEL E. TERRY (BPRN 3856)
STEPHANIE H. GORE (BPRN 17080)
Counsel for Perez Bass

Terry & Gore
1200 16th Avenue, South
Nashville, TN 37212
(615) 321-2750 office
(615) 250-4915 fax